IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to: Beth Ann Moore v. Pfizer Inc. et al., No. 3:26-cv-4320 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that W. Stacy Miller II, of Miller Law Group, PLLC,

hereby enters her appearance as counsel for Plaintiff Beth Ann Moore in the above-

captioned matter.

Respectfully submitted this 19th day of June 2026.

MILLER LAW GROUP, PLLC

By:  /s/ W. Stacy Miller II
    W. Stacy Miller II
    N.C. Bar No. 21198
    Post Office Box 6340
    Raleigh, NC 27628
    T: (919) 348-4361
    F: (919) 729-2953
    stacy@millerlawgroupnc.com