IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> Beth Ann Moore v. Pfizer Inc. et al., <br> No. 3:26-cv-4320 | Case No. 3:25-md-3140 <br><br><br> Judge M. Casey Rodgers <br> Magistrate Judge Hope T. Cannon |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that MaryAnne M. Hamilton, of Miller Law Group, PLLC, hereby enters her appearance as counsel for Plaintiff Beth Ann Moore in the above-captioned matter.

Respectfully submitted this 19th day of June 2026.

MILLER LAW GROUP, PLLC

By:  /s/ MaryAnne M. Hamilton
  MaryAnne M. Hamilton
  N.C. Bar No. 59323
  Post Office Box 6340
  Raleigh, NC 27628
  T: (919) 348-4361
  F: (919) 729-2953
  maryanne@millerlawgroupnc.com